JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>724 CARTONS OF LADIES PANTS, 760 CARTONS OF LADIES PANTS, AND 918 CARTONS OF LADIES PANTS,<br><br>    Defendants. | CASE NO. CV 11-04749 MMM (VBKx)<br><br>JUDGMENT FOR PLAINTIFF |

On June 3, 2011, the United States of America commenced this action under 19 U.S.C. §1595a(c)(1)(A) against defendants 724 cartons of ladies pants, 760 cartons of ladies pants, and 918 cartons of ladies pants. On July 31, 2012, the court granted plaintiff's motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. The defendant assets are forfeited to the United States; and

2. The action is hereby dismissed.

DATED: July 31, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE